

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00304-CV

| | | |
|---|---|---|
| DANIEL GREGORY MACLELLAN, Appellant | § | On Appeal from the 211th District Court |
| | § | of Denton County (21-4710-211) |
| V. | § | December 22, 2022 |
| MARCIA MACLELLAN, Appellee | § | Memorandum Opinion by Justice Bassel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's decree of divorce. It is ordered that the decree is affirmed in part and reversed in part. We affirm that portion of the trial court's decree that grants the divorce. We reverse the remainder of the trial court's divorce decree and remand this case to the trial court for a new trial regarding the property division.

It is further ordered that Appellee Marcia MacLellan shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Dabney Bassel
       Justice Dabney Bassel